UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 26-13263-RGS

SERWAA NJERI ASKIA

v.

ERNEST OPERATIONS LLC; SALLIE MAE BANK; NAVIENT SOLUTIONS, LLC; and TRANSUNION LLC

# ORDER

September 24, 2026

STEARNS, D.J.

On September 21, 2026, Serwaa Njeri Askia initiated this action by filing a complaint (ECF 1), motion for temporary restraining order and preliminary injunction (ECF 2), and motion for leave to proceed i*n forma pauperis* (ECF 3). On September 22, 2026, the motion for leave proceed i*n forma pauperis* was denied as incomplete and she was ordered to file a new motion or pay the filing fee. (ECF 5).

On September 23, 2026, plaintiff filed a signed motion (ECF 7) for leave to proceed *in forma pauperis* with a motion "request[ing] that [her] emergency TRO be immediately enforced." (ECF 8). A "proof of notice" was filed. (ECF 10).

Upon review of plaintiff's signed motion for leave to proceed i*n forma pauperis* (ECF 7), the court concludes that she is without assets to pay the filing fee. The court will allow the motion. As to the motion for temporary

restraining order and preliminary injunction, the court will not proceed on the motion before defendants can be heard.

Accordingly,

1. The motion (ECF 7) for leave to proceed *in forma pauperis* is granted and the motion (ECF 8) for shortened response time is denied without prejudice.

2. Plaintiff appears to have provided to defendants SallieMae and Naviant notice (ECF 10) of her pending motion for a temporary restraining order and preliminary injunction. Assuming that defendants are promptly notified of the motion and this order, <u>they may respond to the motion in writing by Tuesday, September 29, 2026</u>. If defendants are not promptly notified of the motion, the court will consider continuing the written response date.

3. The Clerk shall issue summonses for the defendants. Plaintiff is responsible for ensuring that the summons, complaint and this order are served on the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

4. "Any person who is at least 18 years old and not a party may serve a summons and complaint." Fed. R. Civ. P. 4(c)(2). Because plaintiff is proceeding *in forma pauperis*, she may also elect to have service of the summons and complaint completed by the United States Marshals Service

("USMS"). *See* Fed. R. Civ. P. 4(c)(3). If plaintiff chooses to have service completed by the USMS, she shall provide the agency with a copy of this order for its own records, together with all papers for service (the summons, a copy of the summons, the complaint and this order) on the defendants and a completed USM-285 form for each defendant. The USMS shall complete service as directed by the plaintiff with all costs of service to be advanced by the United States. The Clerk shall provide the plaintiff with blank USM-285 forms and instructions for service by the USMS.

5. Service must be completed within 90 days of the date the summons issues. Failure to complete service in a timely fashion may result in dismissal of this action without prior notice to plaintiff. *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE